**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000154**
**03-NOV-2011**
**11:39 AM**

NO. CAAP-11-0000154

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

SHARON PANCHO, Plaintiff-Appellant,
v.
MCDONALD'S RESTAURANTS OF HAWAII, INC.,
a Hawaii Corporation; ROMEO RAMELB; JOHN DOES 1-5;
and JANE DOES 1-5, Defendants-Appellees

---

MCDONALD'S RESTAURANTS OF HAWAII, INC.,
a Hawaii Corporation; ROMEO RAMELB; JOHN DOES 1-5;
and JANE DOES 1-5, Defendants/Cross-Plaintiffs-Appellants,
v.
SHARON PANCHO, Plaintiff/Cross-Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 08-1-0074)

ORDER GRANTING DEFENDANTS-APPELLEES/
CROSS-APPELLANTS' MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Defendants-Appellees/Cross-Appellants McDonald's Restaurants of Hawaii, Inc. and Romeo Ramelb's (Cross-Appellants) Motion to Dismiss Appeal, the papers in support, and the records and files herein, it appears that:

(1) on March 14, 2011, Plaintiff-Appellant/Cross-Appellee Sharon Pancho (Appellant) filed a notice of appeal; (2) on March 24, 2011, Cross-Appellants filed a notice of cross-appeal; (3) the opening brief for the appeal was due on September 30, 2011; (4) the opening brief for the cross-appeal was due October 10, 2011; (5) the opening brief for the initial appeal and the cross-appeal opening brief were not filed; (6) on October 3, 2011, Cross-Appellants moved to dismiss the appeal due to Appellant's failure to file her opening brief; (7) Appellant did not respond to the motion to dismiss or otherwise opposes dismissal and (8) pursuant to Hawai'i Rules of Appellate Procedure Rule 30, an appeal may be dismissed due to default of the opening brief. Thereafter,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted. The appeal and the cross-appeal are dismissed.

DATED: Honolulu, Hawai'i, November 3, 2011.

Chief Judge

Associate Judge

Associate Judge